

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. AP-77,061

### FREDERICK WILLIAM VAN HORN, Appellant

### v.

### THE STATE OF TEXAS

### ON DIRECT APPEAL FROM AN ORDER DENYING A PETITION FOR A WRIT OF PROHIBITION FILED IN CAUSE NO. WRIT 1001 IN THE COUNTY COURT AT LAW NO. 2 ELLIS COUNTY

*Per curiam*.

## O P I N I O N

This is a direct appeal of the county court at law's order denying appellant's petition for a writ of prohibition in Cause No. WRIT 1001 filed in County Court at Law No. 2 of Ellis County, styled Frederick William Van Horn v. The State of Texas. Because the appeal is not properly before this Court, it is dismissed.

Do not publish
Delivered:    November 18, 2015